Petitioner | John O. Minor

V

Respondent | United States Parole Commission

*Let this be filed*
*R. M. Colly*
*8/28/08*

Case 1:08 cv 01438

Amended Habeas Corpus From 2255 to 2241

Dear Sir/Madam

    I'm writing this court first to apologize, because the Petitioner is a layman when it come to the law, but the petitioner is asking the Court to change the Filing of this habeas Corpus from a 2255 to a 2241. The mistake was not intented to be, but I do aplogize because I thought that these Forms where for a 2241 not a 2255. The Petitioner greatly appreciated if the court would forgive the mistake and File the habeas corpus under 2241. The Petitioner greatly appreciates this courts help in this matter, and The Petitioner THANKS this court in advance for its help in this matter.

                        Sincerly

                        John O. Minor
                        John O Minor Petitioner