UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN O. MINOR,<br><br>        Petitioner,<br><br>        v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1438 (RMC)<br>)<br>)<br>)<br>)<br>) |

MEMORANDUM OPINION

Petitioner John O. Minor petitioned for a writ of *habeas corpus* because he allegedly was confined at the District of Columbia Jail on a parole violator warrant beyond 90 days without having received a parole revocation hearing. *See* Pet. [Dkt. # 1] at 5. The United States moves to dismiss the petition on the ground that it is moot because Mr. Minor has been released to parole supervision "and is no longer in BOP's custody." Resp't Mot. [Dkt. # 9] at 1.

By Orders of February 6, 2009 [Dkt. # 10] and April 2, 2009 [Dkt. # 11], the Court directed Mr. Minor to respond to the United States's motion to dismiss and advised of the consequences if he did not. The latter Order gave Mr. Minor until May 4, 2009, to file his response. Mr. Minor has neither responded nor sought additional time to do so. The Court therefore will grant the United States's motion to dismiss as conceded. *See* LCvR 7(b). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June 3, 2009

                                                /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge